# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SHAVONDA SMITH**                                                      **PLAINTIFF**

v.                                        **No. 3:21-cv-15-DPM**

**PAXTON MEDIA GROUP, LLC and**
**DAVID M. PAXTON, President and CEO,**
**Individually and in His Official Capacity**            **DEFENDANTS**

## ORDER

The Jonesboro Sun newspaper, now called The Sun, is on my recusal list.   This case arises from Smith's work with that newspaper.   I therefore recuse.  28 U.S.C. § 455(a).   The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_21 January 2021_