IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CROW HOLDINGS, L.P.,**

                                                                                                               **PLAINTIFF**

**v.**                **Case No. 3:21-CV-00015-BSM**

**CROW GROUP, INC.,**                                                            **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 26] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice. The parties will bear their own attorneys' fees, expenses, and costs.

IT IS SO ORDERED this 17th day of March, 2022.

                                                                             /s/ Brian S. Miller
                                                     UNITED STATES DISTRICT JUDGE