IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHAVONDA SMITH                                                                                  PLAINTIFF

v.                                    CASE NO. 3:21-CV-00015-BSM

PAXTON MEDIA GROUP, LLC                                                           DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE